IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL E. EIDSMOE and<br>TRACEY HOWARD DEVOS,<br><br>　　　　　Plaintiff(s)<br><br>　　　v.<br><br>THE GRADY FIRM, P.C., and<br>JENNIFER A. GRADY.<br><br>　　　　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF**<br>**VOLUNTARY DISMISSAL**<br>**PURSUANT TO F.R.C.P.**<br>**41(a)(1)(A)(ii)**<br><br><br>JURY DEMANDED<br><br>Case No.　1:20-cv-07156 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) THE GRADY FIRM, P.C., and JENNIFER A. GRADY, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ Peter C. Morse
―――――――――――――――――
*Signature of plaintiffs or plaintiff's counsel*

Peter C. Morse
―――――――――――――――――
*Peter C. Morse*

25 E. Washington St. Ste. 750
―――――――――――――――――
*Address*

Chicago, IL 60602
―――――――――――――――――
*City, State & Zip Code*

312-251-5587
―――――――――――――――――
*Telephone Number*

Dated: 12.16.2020

*Jennifer A. Grady* (signature)
―――――――――――――――――
*Signature of defendants or defendant's counsel*

Jennifer A. Grady
―――――――――――――――――
*Jennifer A. Grady*

4695 MacArthur Court, Ste. 1100
―――――――――――――――――
*Address*

Newport Beach, CA 92660-1866
―――――――――――――――――
*City, State & Zip Code*

(949) 798-6298
―――――――――――――――――
*Telephone Number*

Dated: 12/18/2020